UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| AARON JAMES MILEUR | : | CRIMINAL NO.: 1:21-CR-00248 |
| | : | |
| Defendant. | : | |

## UNOPPOSED MOTION FOR PROTECTIVE ORDER

The United States of America hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the parties in the above-captioned case. The United States and counsel for Defendant have reached an agreement as to the proposed protective order. Therefore, the United States is authorized to represent to the Court that Defendant does not oppose this motion or the entry of the attached protective order.

        Respectfully submitted,

        CHANNING D. PHILLIPS
        Acting United States Attorney
        DC Bar No. 415793

By:    /s/ *Adam Alexander*
        ADAM ALEXANDER
        AK Bar No 1011057
        Assistant United States Attorney
        District of Columbia
        Capitol Riot Detailee
        555 4th Street, NW,
        Washington, D.C. 20530
        Telephone No. (907) 271-2309
        Adam.Alexander@usdoj.gov

## CERTIFICATE OF SERVICE

On this 20th day of April 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                        By:    /s/ *Adam Alexander*
                               ADAM ALEXANDER
                               Assistant United States Attorney