UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : <br> : <br> v. : <br> : <br> AARON JAMES MILEUR, : <br> : <br> Defendant. : <br> : <br> : | Case No. 21-CR-248-RDM |

### MEMORANDA REGARDING STATUS OF DISCOVERY
### AS OF AUGUST 23, 2021 AND SEPTEMBER 14, 2021

    The United States of America hereby files two memoranda related to the status of the government's ongoing discovery efforts in Capitol-riot cases.  On August 3, 2021, the United States filed a memorandum in this case detailing the status of its discovery efforts at that time. (Doc. No. 23.)  Since that time, the United States has made further progress in implementing its discovery plan.  Those developments are detailed in the attached two memoranda documenting the status as of August 23, 2021 (Exhibit A), and September 14, 2021 (Exhibit B).  These memoranda are provided to inform the Court and counsel for the defendant of these developments.

                                                              Respectfully submitted,

                                                              CHANNING D. PHILLIPS
                                                              ACTING UNITED STATES ATTORNEY
                                                              D.C. Bar No.415793

                                                                 */s/ Emily Allen*
                                                              EMILY W. ALLEN
                                                              CA Bar No. 234961
                                                              Assistant United States Attorney
                                                              District of Columbia
                                                              Capitol Riot Detailee
                                                              555 4th Street, NW,
                                                              Washington, D.C. 20530
                                                             Telephone No. (907) 271-4724
                                                             emily.allen@usdoj.gov

## CERTIFICATE OF SERVICE

On this 30th day of September 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                                                       */s/ Emily Allen*
                                                       Emily Allen
                                                       Assistant United States Attorney