UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 1:21-CR-248-RDM |
| v. : | |
| : | |
| AARON JAMES MILEUR, : | |
| : | |
| Defendant. : | |
| : | |
| : | |

## JOINT STATUS REPORT

The United States of America, by and through undersigned counsel, and defendant AARON JAMES MILEUR, by and through his counsel Eugene Ohm, Assistant Federal Public Defender for the District of Columbia, hereby file a joint status report, as directed by the Court.

The United States produced targeted discovery relevant to the investigation and prosecution of this particular defendant to Mileur's counsel on April 20, 2021, and May 12, 2021, which included reports of interviews and other evidence collected in relation to the investigation of defendant Mileur. (Doc. No. 26). On October 15, 2021, at the request of the defendant, the United States produced additional video evidence documenting some of the events of January 6. And on November 24, 2021, the United States produced a set of records specific to this defendant which included more reports of investigation, social media, additional video evidence, and other materials, all along with an index to assist review.

On August 3, 2021, the United States filed a memorandum detailing the status of discovery efforts relating to the massive amount of data and materials arising from the investigation of the U.S. Capitol breach on January 6, 2021, including this case and hundreds of similarly-situated defendants charged in this District. (Doc. No. 23.) Since August 3, the United States has made further progress in implementing its global discovery plan. Those developments are detailed in the memoranda documenting the status as of August 23, 2021 (Doc. No. 25,

Exhibit A), and September 14, 2021 (Doc. No. 25, Exhibit B) (both filed September 30, 2021), and as of October 21, 2021 (Doc. No. 29).  As detailed there, the discovery materials made available and to be made available in the future to this defendant (and to his similarly-situated defendants charged with crimes arising from the January 6, 2021 Capitol breach) are voluminous, and the United States is making substantial progress in its diligent efforts to provide materials to the defense using platforms that will allow for their effective review.

    At this time, counsel is diligently reviewing the discovery materials in this case and working to prepare.  At the status conference on February 9, 2022, the parties anticipate informing the court whether a trial date should be set, or whether the defense will require additional time to prepare the case for trial or come to a negotiated resolution.

Respectfully submitted,

MATTHEW GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

    */s/ Emily Allen*
EMILY W. ALLEN
CA Bar No. 234961
Assistant U.S. Attorney
District of Columbia
Capitol Riot Detailee
555 4th Street, NW
Washington, D.C. 20530
emily.allen@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 3rd day of December 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                                                         */s/ Emily Allen*
                                                         Emily W. Allen
                                                         Assistant United States Attorney