UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : Case No. 1:21-CR-248-RDM |
| | : |
| **AARON JAMES MILEUR,** | : |
| | : |
| Defendant. | : |
| | : |
| | : |

**JOINT MOTION TO CONTINUE
AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The United States of America, by and through undersigned counsel, and defendant AARON JAMES MILEUR, by and through his counsel Eugene Ohm, Assistant Federal Public Defender for the District of Columbia, hereby files a Joint Motion to Continue the Status Hearing and Exclude Time under the Speedy Trial Act.

The parties are diligently working to prepare this case and produce and review discovery. Despite these efforts, the parties agree that additional time is needed for effective preparation of the case and that a continuance is needed to allow for adequate preparation in this unusual and complex case and to serve the interests of justice. 18 U.S.C. § 3161(h)(7)(A); (B)(i)(ii) and (iv). Specifically, uploading documents to the Relativity database remains an ongoing process for the Government and the Defense has only very recently been provided access. Defense counsel has not yet been trained on navigating the database and will require additional time to adequately advise Mr. Mileur on how to proceed with this case.

Accordingly, the parties request that the Court continue the status hearing for approximately 90 days and to exclude that period of time from the computation of time within which trial must commence under the Speedy Trial Act.

CONCLUSION

For the foregoing reasons, the parties request that the Court order the parties to contact the Deputy Clerk to schedule a status hearing date in approximately 90 days.

Respectfully submitted,

A.J. KRAMER
Federal Public Defender

_____/s/_____
EUGENE OHM
Assistant Federal Public Defender
Federal Public Defender's Office
625 Indiana Ave NW, Suite 550
Washington, D.C. 20004


MATTHEW GRAVES
UNITED STATES ATTORNEY
D.C. Bar No.415793

_____/s/ Emily Allen_____
EMILY W. ALLEN, CA Bar No. 234961
Assistant U.S. Attorney, District of Columbia
Capitol Riot Detailee
555 4th Street, NW
Washington, D.C. 20530
emily.allen@usdoj.gov