UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 1:21-CR-248-RDM |
| v. : | |
| : | |
| AARON JAMES MILEUR, : | |
| : | |
| Defendant. : | |
| : | |
| : | |

## UNOPPOSED MOTION TO CONTINUE
## AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

AARON JAMES MILEUR, by and through his counsel Eugene Ohm, Assistant Federal Public Defender for the District of Columbia, hereby files an Unopposed Motion to Continue the Status Hearing and Exclude Time under the Speedy Trial Act.

The parties are diligently working to prepare this case and produce and review discovery. Despite these efforts, the parties agree that additional time is needed for effective preparation of the case and that a continuance is needed to allow for adequate preparation in this unusual and complex case and to serve the interests of justice. 18 U.S.C. § 3161(h)(7)(A); (B)(i)(ii) and (iv). Moreover, defense counsel has had two trials over the past six weeks and has leave scheduled for most of August.

Accordingly, Mr. Mileur requests that the Court continue the status hearing for approximately 90 days and to exclude that period of time from the computation of time within which trial must commence under the Speedy Trial Act. In the meantime, the parties will endeavor to advance plea discussions and will inform the Court if a change of plea hearing need be scheduled prior to that date.

The government does not oppose this request.

CONCLUSION

For the foregoing reasons, the parties request that the Court order the parties to contact the Deputy Clerk to schedule a status hearing date in approximately 90 days.

Respectfully submitted,

A.J. KRAMER
Federal Public Defender

_____/s/_____
EUGENE OHM
Assistant Federal Public Defender
Federal Public Defender's Office
625 Indiana Ave NW, Suite 550
Washington, D.C. 20004