IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No.: 21-CR-248 (RDM) |
| v. | : | 40 U.S.C. § 5104(e)(2)(G) |
| AARON JAMES MILEUR, | : | |
| Defendant. | : | |

**STATEMENT OF OFFENSE**

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Aaron James Mileur, with the concurrence of his attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

*The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting

1

in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5. At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6. At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of at least approximately $2.7 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *Aaron Mileur's Participation in the January 6, 2021, Capitol Riot*

8. The defendant, Aaron Mileur, lives in Wasilla, Alaska. From December 28, 2020 to January 4, 2021, Mr. Mileur went to Cancun, Mexico for vacation. On January 4, 2021, Mr. Mileur traveled to Baltimore, Maryland, where his cousin Carrie Ann Williams lived, along with Williams' fiancée Tyrone McFadden, Jr. On January 6, 2021, Mr. Mileur, Ms. Williams and Mr. McFadden took the train from Baltimore to Washington, D.C. The initial plan was to attend the Stop the Steal rally and for Mr. Mileur to protest Congress' certification of the Electoral College but they realized they were too late to attend. They decided to go to Washington D.C. anyway to go to the Mall to go sightseeing.

9. On January 6, after arriving at Union Station in Washington D.C., Mr. Mileur, Mr. McFadden and Ms. Williams ate lunch at the food court. Ms. Williams injured her leg coming off of the train and the three agreed not to go sightseeing. Upon leaving Union Station, they saw then-

President Trump's speech on a screen outside of Union Station. They joined a crowd watching the speech. An individual approached Mr. Mileur and told him that then-President Trump was speaking at the U.S. Capitol and that the Capitol was two blocks away. The three approached the building from the southeast side and joined a gathering crowd. After a few hours, the three eventually made their way up the East Stairs to the Rotunda door, part of the restricted area of the Capitol. To reach the doors at the top of the East Stairs, Mr. Mileur, Ms. Williams, and Mr. McFadden joined a large crowd that was pushing toward the doorway. Mr. Mileur entered U.S. Capitol without receiving permission to enter.

10. At about 2:45 pm, defendant, along with Williams and McFadden, entered the Capitol building through the Rotunda door. While he was in the Rotunda itself, defendant marched around and took photos and videos. He also posted a selfie video and a video of others in the Rotunda to his Facebook page. Defendant, Williams, and McFadden left the Capitol building through the Rotunda doors at approximately 2:51 pm. As they left the restricted area, defendant saw and heard, as he later reported to a Facebook friend, "flash bangs and tear gas[.]"

11. Afterwards, defendant removed the public posts he had shared on Facebook. On January 7, 2021, when Williams messaged him to say the government wanted people "to turn over any videos of people who stormed the capital," defendant answered, "Don't[.]" Then he said, referring to Williams' Facebook posts from January 6, 2021, "Have you taken it down yet[?]" Williams replied, "Yes[.]"

### *Elements of the Offense*

12. Defendant knowingly and voluntarily admits to all the elements of Parading, Demonstrating, or Picketing in any of the Capitol Buildings, in violation of 40 U.S.C. §

5104(e)(2)(G). Specifically, defendant admits that he willfully and knowingly paraded, demonstrated, and picketed inside the U.S. Capitol Building.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: _____
Emily W. Allen
Assistant United States Attorney
Cal. Bar No. 234961

## DEFENDANT'S ACKNOWLEDGMENT

I, Aaron Mileur, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 12/19/2022 _____

_____
Aaron Mileur
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 12/19/2022 _____

_____
Eugene Ohm
Attorney for Defendant